IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED
05 AUG 30 AM 11:14
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) CR. No. 96-20139-B |
| | ) |
| JOSE GUADALUPE VERA (FUGITIVE), | ) |
| | ) |
| Defendant. | ) |

### ORDER TO DISMISS INDICTMENT

Upon motion of the United States, IT IS HEREBY ORDERED that above-named individual is hereby dismissed without prejudice from the above referenced indictment.

Ordered this 30th day of August, 2005.

_____
HONORABLE J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8-31-05

283

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 283 in case 2:96-CR-20139 was distributed by fax, mail, or direct printing on August 31, 2005 to the parties listed.

---

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT